## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Michael J. D'annunzio                          CHAPTER 13
                Debtor(s)

                                              BKY. NO. 26-11037 AMC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of M&T Bank and index same on the master mailing list.

                                      Respectfully submitted,

/s/ *Matthew Fissel*

Matthew Fissel
20 Mar 2026, 15:13:15, EDT

                KML Law Group, P.C.
                701 Market Street, Suite 5000
                Philadelphia, PA 19106-1532
                (215) 627-1322