**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Michael J. D'annunzio               CHAPTER 13

               <u>Debtor(s)</u>

                                    BKY. NO. 26-11037 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of M&T Bank and index same on the master mailing list.

                                 Respectfully submitted,

/s/ *Matthew Fissel*

Matthew Fissel
20 Mar 2026, 15:13:15, EDT

        KML Law Group, P.C.
        701 Market Street, Suite 5000
        Philadelphia, PA 19106-1532
        (215) 627-1322