**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**In Re: MICHAEL J. D'ANNUNZIO** : **CHAPTER 13**
: 
**Debtor** : **BANKRUPTCY NO. 26-11037-AMC**

I, Robert J. Lohr II, certify that on April 7, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Debtor's Original Chapter 13 Plan

I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:     April 7, 2026                          ___/s/ Robert J. Lohr II
                                                 PA Attorney ID #75676
                                                 Lohr & Associates, Ltd.
                                                 1246 West Chester Pike
                                                 Suite 312
                                                 West Chester, PA 19382
                                                 (610) 701-0222 - telephone
                                                 (610) 431-2792 - facsimile
                                                 bob@lohrandassociates.com - email

Name: Office of the United States Trustee
Address: Robert N.C. Nix Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107
Relationship of the Party: United States Trustee
Via:    ☑ CM/ECF   ☐ 1st Class Mail      ☐ Certified Mail      ☐ e-mail      ☐ Other:

Name:  Scott Waterman, Esquire
Address: 2901 St. Lawrence Avenue, Suite 100, Reading, PA 19606
Relationship of the Party: Chapter 13 Trustee
Via:    ☑ CM/ECF   ☐ 1st Class Mail      ☐ Certified Mail      ☐ e-mail      ☐ Other:

Name:  Capital One
Address: Attention: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130
Relationship of the Party: Creditor
Via:    ☐ CM/ECF   ☑ 1st Class Mail      ☐ Certified Mail      ☐ e-mail      ☐ Other:

Name:  Capital One
Address: P.O. Box 71087, Charlotte, NC 28272-1087
Relationship of the Party: Creditor
Via:    ☐ CM/ECF   ☑ 1st Class Mail      ☐ Certified Mail      ☐ e-mail      ☐ Other:

Name:  Concora Credit
Address: P.O. Box 96541, Charlotte, NC 28296-0541
Relationship of the Party: Creditor
Via:    ☐ CM/ECF   ☑ 1st Class Mail      ☐ Certified Mail      ☐ e-mail      ☐ Other:

Name:  Continental Finance Company
Address: Attention: Bankruptcy, 4550 New Linden Hill Road, Wilmington, DE 19808
Relationship of the Party: Creditor
Via:    ☐ CM/ECF   ☑ 1st Class Mail      ☐ Certified Mail      ☐ e-mail      ☐ Other:

Name:  Credit Control, LLC
Address: 3300 Rider Trail S, Suite 500, Earth City, MO 63045
Relationship of the Party: Creditor
Via:    ☐ CM/ECF   ☑ 1st Class Mail      ☐ Certified Mail      ☐ e-mail      ☐ Other:

Name: Credit One Bank
Address: Attention: Bankruptcy Department, 6801 Cimarron Road, Las Vegas, NV
Relationship of the Party: Creditor
Via:    ☐ CM/ECF    ☑ 1st Class Mail    ☐ Certified Mail    ☐ e-mail    ☐ Other:

Name: Genesis FS Card Services
Address: Attention: Bankruptcy, P.O. Box 4477, Beaverton, OR 97076
Relationship of the Party: Creditor
Via:    ☐ CM/ECF    ☑ 1st Class Mail    ☐ Certified Mail    ☐ e-mail    ☐ Other:

Name: LVNV Funding LLC/Resurgent Capital Services
Address: Attention: Resurgent Correspondence, Attention: Bankruptcy, P.O. Box 1269.
Greenville, SC 29602
Relationship of the Party: Creditor
Via:    ☐ CM/ECF    ☑ 1st Class Mail    ☐ Certified Mail    ☐ e-mail    ☐ Other:

Name: M & T Bank
Address: P.O. Box 62185, Baltimore, MD 21264-2182
Relationship of the Party: Creditor
Via:    ☐ CM/ECF    ☑ 1st Class Mail    ☐ Certified Mail    ☐ e-mail    ☐ Other:

Name: Michael T. McKeever, Esquire
Address: KML Law Group, Mellon Independence Center, 701 Market Street, Suite 5000,
Philadelphia, PA 19106-1541
Relationship of the Party: Creditor
Via:    ☐ CM/ECF    ☑ 1st Class Mail    ☐ Certified Mail    ☐ e-mail    ☐ Other:

Name: Midnight Velvet
Address: Attention: Bankruptcy, 1112 7th Avenue, Monroe, WI 53566
Relationship of the Party: Creditor
Via:    ☐ CM/ECF    ☑ 1st Class Mail    ☐ Certified Mail    ☐ e-mail    ☐ Other:

Name: Mission Lane Tab Bank
Address: P.O. Box 105286, Atlanta, GA 30348
Relationship of the Party: Creditor
Via:    ☐ CM/ECF    ☑ 1st Class Mail    ☐ Certified Mail    ☐ e-mail    ☐ Other:

Name: Reflex
Address: P.O. Box 6812, Carol Stream, IL 60197-6812
Relationship of the Party: Creditor
Via:   ☐ CM/ECF   ☑ 1st Class Mail     ☐ Certified Mail     ☐ e-mail     ☐ Other:

Name: Seventh Ave/Swiss Colony, Inc.
Address: 1112 7th Avenue, Monroe, WI 53566
Relationship of the Party: Creditor
Via:   ☐ CM/ECF   ☑ 1st Class Mail     ☐ Certified Mail     ☐ e-mail     ☐ Other:

Name: Matthew K. Fissel, Esquire
Address: KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1532
Relationship of the Party: Creditor
Via:   ☑ CM/ECF   ☐ 1st Class Mail     ☐ Certified Mail     ☐ e-mail     ☐ Other: