UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re: | Chapter 13
Michael J. D'Annunzio | Bankruptcy No.26-11037-AMC

Debtor

CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 6th day of July, 2026, by first class mail upon those listed below:

Michael J. D'Annunzio
P.O. Box 391
Nottingham, PA  19362-0391

**Electronically via CM/ECF System Only:**

ROBERT J LOHR II ESQ
LOHR & ASSOCIATES LTD
1246 W CHESTER PIKE STE 312
WEST CHESTER, PA  19382

*/s/ Kristen Gliem*
_____
Kristen Gliem
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee