Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Michael J. D'Annunzio
P.O. Box 391
Nottingham, PA 19362-0391

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 26-11037-AMC**

Petition Filed Date: 03/13/2026
341 Hearing Date: 04/17/2026
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/16/2026 | $150.00 | 5401634748 | 05/21/2026 | $150.00 | 5401676770 | 06/29/2026 | $150.00 | 5401715202 |
| 07/28/2026 | $150.00 | 55278353162 | | | | | | |

**Total Receipts for the Period: $600.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $750.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | ROBERT J LOHR II ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | LVNV FUNDING LLC<br>»» 001 | Unsecured Creditors | $964.63 | $0.00 | $0.00 |
| 2 | PYOD LLC<br>»» 002 | Unsecured Creditors | $201.74 | $0.00 | $0.00 |
| 3 | MERRICK BANK<br>»» 003 | Unsecured Creditors | $935.70 | $0.00 | $0.00 |
| 4 | QUANTUM3 GROUP LLC<br>»» 004 | Unsecured Creditors | $323.60 | $0.00 | $0.00 |
| 5 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 005 | Unsecured Creditors | $941.70 | $0.00 | $0.00 |
| 6 | LVNV FUNDING LLC<br>»» 006 | Unsecured Creditors | $483.94 | $0.00 | $0.00 |
| 7 | LVNV FUNDING LLC<br>»» 007 | Unsecured Creditors | $2,399.49 | $0.00 | $0.00 |
| 8 | M&T BANK<br>»» 008 | Mortgage Arrears | $55,150.63 | $0.00 | $0.00 |

**Chapter 13 Case No. 26-11037-AMC**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $750.00 | Current Monthly Payment: | $150.00 |
| Paid to Claims: | $0.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $57.75 | Total Plan Base: | $20,070.00 |
| Funds on Hand: | $692.25 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.